IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRUCE SIMPSON                                                    PLAINTIFF

v.                          No. 05-6012

MONTGOMERY GRIFFITH-MAIR, et al.                                DEFENDANTS

## **O R D E R**

Now on this 15th day of September 2005, there comes on for consideration the report and recommendation filed herein on August 26, 2005, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 21). No objections to the report and recommendation have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the following defendants should be dismissed from this action: Anglican Rite Synod of America, Anglican Church House, United States Anglican Church House, U.S. Anglican Church House, British Church House, National Anglican Church, National Anglican Church House, Father Monty Foundation, Knights of the Lehighton Order, Oak Bay Youth Mission, White-Lenhart-Bridgehouse, Online Edition Archbishops.org, Episcopal CC, Fathermoney.org, Padremonty.org, Scalawagz.org, and All non-incorporated entities, etc.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)