IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRUCE SIMPSON                                                    PLAINTIFF

v.                           Case No. 05-6012

MONTGOMERY GRIFFITH-MAIR, et al.                                DEFENDANTS

## ORDER

Now on this 22nd day of December 2005, there comes on for consideration the report and recommendation filed herein on November 9, 2005, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 25). Plaintiff has filed objections to the report and recommendation. (Doc. 28).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Separate Defendant John Parnell's motions to dismiss the case or, alternatively, transfer the case (Doc. 8); to set aside default (Doc. 13) and to dismiss the case (Doc. 15) are DENIED. Further, Plaintiff's requests for compensatory damages, punitive damages and an injunction are DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge