IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRUCE SIMPSON                                                        PLAINTIFF

v.                              Case No. 05-6012

MONTGOMERY GRIFFITH-MAIR, et al.                                    DEFENDANTS

## **DEFAULT JUDGMENT**

On June 23, 2005, the Court Clerk entered a default against Defendants. Upon consideration of Plaintiff's testimony and evidence presented at the hearing on September 12, 2005, IT IS HEREBY ORDERED AND ADJUDGED that a default judgment be entered against Defendants. This Court previously adopted the report and recommendation of the Honorable Bobby E. Shepherd denying Plaintiff's request for compensatory and punitive damages, therefore, an award of damages is not appropriate. However, the Court, being well and sufficiently advised, finds that Plaintiff's motion for costs (Doc. 29) should be and hereby is GRANTED. *See* Fed. R. Civ. P. 54(d)(1). Accordingly, Plaintiff should have and recover of and from the Defendants costs in the amount of $1,067.33.

IT IS SO ORDERED THIS 22nd day of December 2005.


                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge